IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SUSAN FAMIGLETTI and MICHAEL FAMIGLETTI, <br><br>　　Plaintiffs, <br><br>v. <br><br>ETHICON, INC. and JOHNSON & JOHNSON, <br><br>　　Defendants. | § § § § § § § § § § § § § | Civil Action No. 3:19-CV-2585-N |

# SCHEDULING ORDER

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, the Local Rules of this Court ("LR"), and the Civil Justice Expense and Delay Reduction Plan (the "Plan") for the Northern District of Texas, the Court ORDERS as follows:

1.  This case is set for trial on September 14, 2020. The setting is for a two-week docket. Reset or continuance of the trial setting does not alter the deadlines in this Order unless expressly provided by court order.

2.  Discovery has closed.

3.  The parties shall file all pretrial materials 30 days before trial. Failure to file pretrial materials may result in dismissal for want of prosecution. Pretrial materials shall include the following:

　　a.　pretrial order pursuant to LR 16.4;

　　b.　exhibit lists, witness lists, and deposition designations pursuant to LR 26.2 and Rule 26(a)(3); witness lists should include a brief summary of the substance of

SCHEDULING ORDER – PAGE 1

anticipated testimony (not just a designation of subject area) and an estimate of the length of direct examination; exhibit lists must include any materials to be shown to the jury, including demonstrative aids; the parties shall comply with Rule 26(a)(3) regarding objections;

  c. proposed jury charge pursuant to LR 51.1 or proposed findings of fact and conclusions of law pursuant to LR 52.1; any objections to the proposed jury charge shall be filed within 14 days thereafter; objections not so disclosed are waived unless excused by the court for good cause;

  d. motions in limine; matters that are not case-specific are strongly discouraged;

  e. requested voir dire questions.

  4. The final pretrial conference will be set by separate order or notice. Lead counsel must attend the pretrial conference. The Court will likely impose time limitations for trial at the pretrial conference. Examination of witnesses will be limited to direct, cross, re-direct, and re-cross. Any questions regarding this Order may be directed to the Court's Judicial Assistant, Donna Hocker Beyer, at 214-753-2700.

Signed December 13, 2019.

_____
David C. Godbey
United States District Judge