UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

Susan Famigletti, et al § 
  *Plaintiff* §
 §
 §
v. § Case No. 3:19-cv-02585-N
 §
 §
Ethicon, Inc., et al §
  *Defendant* §

**APPLICATION FOR ADMISSION *PRO HAC VICE***
(Complete all questions; indicate "N/A" if necessary.)

I. Applicant is an attorney and a member of the law firm of (or practices under the name of)

Anita Modak-Truran, Butler Snow LLP _____, with offices at

150 3rd Avenue South, Suite 1600
(Street Address)

Nashville                         TN                37201
(City)                            (State)           (Zip Code)

615-651-6571                      615-651-6701
(Telephone No.)                   (Fax No.)

II. Applicant will sign all filings with the name  Anita Modak-Truran                    .

III. Applicant has been retained personally or as a member of the above-named firm by:
(List All Parties Represented)

Johnson & Johnson and Ethicon, Inc.

to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the Northern District of Texas.

IV. Applicant is a member in good standing of the bar of the highest court of the state of _____Tennessee_____, where Applicant regularly practices law.

Bar license number: 032537   Admission date: 2014

For Court Use Only.
Bar Status Verified:

**Attach to this application an original certificate of good standing issued within the past 90 days from the attorney licensing authority in a state in which you are admitted to practice (e.g., State Bar of Texas).**

V. Applicant has also been admitted to practice before the following courts:

| Court: | Admission Date: | Active or Inactive: |
|---|---|---|
| Tennessee; Middle | 3/3/2015 | Active |
| Illinois; Northern | 11/1987 | Active |
| Mississippi; Northern and Southern | 4/1999 | Active |

VI. Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

N/A

VII. Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

N/A

VIII. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

N/A

IX. Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

Date of Application:       Case No. And Style:

N/A

(If necessary, attach statement of additional applications.)

X. Local counsel of record associated with Applicant in this matter is

Chris Cowan, Butler Snow LLP                                      , who has offices at

1400 Lavaca Street, Suite 1000
(Street Address)

Austin                                TX                    78701
(City)                                (State)               (Zip Code)

737-802-1800                          737-802-1801
(Telephone No.)                       (Facsimile No.)

XI. Check the appropriate box below.

For Application in a **Civil Case**

[✓] Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D.284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

For Application in a **Criminal Case**

[ ] Applicant has read and will comply with the local criminal rules of this court.

XII. Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only. Applicant certifies that a true and correct copy of this document has been served upon each attorney of record and the original upon the clerk of court, accompanied by a $100 filing fee, on this the   14th   day of February            , 2020   .

Anita Modak-Truran
Printed Name of Applicant

*/s/ Anita Modak-Truran*
Signature

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE



# CERTIFICATE OF GOOD STANDING

I, **KIRK L. DAVIES,** Clerk of the United States District Court for the Middle District of Tennessee, do hereby certify that

### ANITA K. MODAK-TRURAN

was duly admitted to practice in said Court on

**February 3, 2015**

and is in good standing as a member of the bar of said Court.

Dated at Nashville, Tennessee on   February 3, 2020   .

KIRK L. DAVIES, CLERK OF COURT

By: *Vanessa Hana*
Deputy Clerk